IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

SHANNON WALLS,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Petitioner,

v.

CASE NO. 1D15-3848

STATE OF FLORIDA,

Respondent.

_____/

Opinion filed December 22, 2015.

Petition for Belated Appeal -- Original Jurisdiction.

Shannon Walls, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

The petition seeking a belated appeal of the judgment and sentence rendered on

or about April 27, 2015, in Clay County Circuit Court case number 2014-CF-001781,

is granted. Upon issuance of mandate, a copy of this opinion shall be furnished to the

clerk of the lower tribunal for treatment as a notice of appeal. If petitioner qualifies for the appointment of counsel at public expense, the lower tribunal is directed to appoint counsel to represent her in the appeal authorized by this opinion.

ROWE, OSTERHAUS, and WINOKUR, JJ., CONCUR.